**Anthony D'ANGELO, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 03–7045.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2004.

Norman R. Zamboni, Principal Attorney, Falls Church, VA, for Claimant–Appellant.

Kyle E. Chadwick, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of

Counsel, Department of Justice, Washington, DC, for Respondent–Appellee.

## ORDER

Upon consideration of Anthony D'Angelo's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. Each side shall bear its own costs.

(2) The Secretary of Veterans Affairs' motion to summarily affirm is moot.